# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: ~~808~~ 25-327 68

CHAPTER: 7

JUDGE: Applebaum

Catera Shepard _____ / Debtor.

MOTION FOR/TO Dismiss Chapter 7

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor

states the following [state the facts]:

1. My 2023 income tax return was filed but contains errols that require formal amendment through the filing of an IRS form.

2. This is not a minor clerical correction. The amendments necessary affect income figures, deductions and other financial data that directly impacts the accuracy of the financial disclosures I am required to make in my bankruptcy schedules.

3. Debtor requests I respectfully request that this honorable trustee supports or at minimum not oppose my voluntary motion to dismiss. I ask for this consideration not as someone seeking to escape accountability but someone who takes accountability for this matter

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what

further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Catera Shepard

Dated: 3/30/2026

(Debtor's Signature)

Print Name: Catera Shepard

_____

(Co-Debtor's Signature)

Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 25-32768
CHAPTER: 7
JUDGE: Applebaum

Debtor.
Catera Shepard

ORDER GRANTING MOTION TO/FOR Dismiss Chapter 7

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

IT IS ORDERED that the motion is granted.

Revised 12/1/2016

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**

In re: Catera Shepard

Chapter: 7

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Case No.: ~~253468~~ 25 32768

Judge: Applebaum

**Debtor(s)**

Address 63100 Miller Rd Apt 7b flint MI 48507

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): 2247

NOTICE OF ___Dismissal motion___
**(Motion or Objection)**

Catera Shepard ___ has filed papers with the court to ___Dismiss___
{relief sought in motion or objection}

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the [motion] [objection], within ___14___ days, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
(Mail to correct Court Address
Detroit, Flint or Bay City)

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

{movant's attorney's name, address and telephone number}

{name and addresses of others to be served}

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 03/30/2026

Signature Catera Shepard
Name Catera Shepard
Address 43100 miller Rd Apt 7b flint MI 48507

---

[1]      Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:
Catera Shepard,
Debtor.

Case No.: 2532768
Chapter 7

### MOTION TO DISMISS CHAPTER 7 BANKRUPTCY CASE

I, Catera Shepard, the Debtor in the above-captioned case, respectfully move this Court to dismiss my Chapter 7 bankruptcy case pursuant to 11 U.S.C. § 707(a), and state as follows:

1. I filed a voluntary petition under Chapter 7 of the Bankruptcy Code on December 23, 2025.

2. I am requesting dismissal of my bankruptcy case because I filed this case in error and wish to address my financial situation outside of bankruptcy. I also need to correct certain financial information, including my 2023 tax return.

3. I believe that dismissal of this case will not prejudice my creditors because no assets have been distributed.

4. I understand that dismissal of this case will result in the loss of bankruptcy protections, including the automatic stay.

### WHEREFORE, I respectfully request that this Court enter an order dismissing my Chapter 7 bankruptcy case and grant any further relief the Court deems appropriate.

Date: March 30, 2026

Signature: _Catera Shepard_

Printed Name: Catera Shepard

Address:
G3100 Miller Rd, Apt 7B

Flint, MI 48507

Phone Number: (989) 451-8400

### CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I mailed or delivered a copy of this Motion to Dismiss to the Chapter 7 Trustee and all creditors listed in my case.

Signature: _____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 25-32768

CHAPTER: 7

Debtor.

Catera Shepard

---

## CERTIFICATE OF SERVICE

I hereby certify that on ___03/30/2026___ (date of mailing), I served

copies as follows:

1. Document(s) served: DISMISS Bankrtcy Case

2. Served upon [name and address of each person served]: Central Professional - 801 Sunny Side dr Cadillac, MI 49601
Miller West apartments - 2300 Miller Rd 48507
Elga credit union - 5072 Corunna Rd flint MI 48507
Verizon - 4375 Miller Rd 48507 flint MI
Consumers - 3201 E court st flint MI 48506
Credit Collection Servus - 725 Canton Street Norwood, MA 02062
one main - Po Box 1010 Evansville, In 47706

3. By First Class Mail.

Dated: 03/30/2026

_____
(Signature)

Print Name: Catera Shepard