## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – FLINT

In re:                                                   Case No. 25-32768-jda
                                                         Chapter 7
CATERA SHEPARD,                                          Hon. Joel D. Applebaum
                    Debtor.

_____/

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO DISMISS CASE

The Chapter 7 Trustee, Collene K. Corcoran, hereby objects to the Debtor's Motion to Dismiss Case because the Trustee believes that there may be assets in this case, including the potential preference/fraudulent conveyance case against family members in excess of $10,000.00. The Trustee also submitted a Motion to Extend the Time to file a Non-Dischargeability Complaint against the Debtor, which Motion was filed and served on March 18, 2026. In support of this Objection, the Trustee states as follows:

1. The Debtor filed a voluntary Chapter 7 case on December 23, 2025 without an attorney representing her.

2. The first meeting of creditors was scheduled for January 20, 2026.

3. On January 7, 2026, the Court dismissed this case for the Debtor's failure to file schedules and other documents.

4. Therefore, the original §341 hearing did not occur on January 20, 2026.

5. On January 14, 2026, the Debtor filed a Motion to Reopen this case, and the Court granted the Motion on January 15, 2026.

6. On January 15, 2026, the Court issued a Notice of Rescheduled §341 hearing to February 17, 2026, but did not extend the date to file a complaint to deny discharge.

7. The §341 hearing rescheduled for February 17, 2026 did not occur because the Debtor had not provided all of the financial documents to the Trustee, so the hearing was again adjourned to March 16, 2026.

8. At the March 16, 2026 hearing, the Debtor testified under oath, and the Trustee requested additional documents that had not been provided, including supporting documents for her 2023 tax returns, and the §341 hearing was continued to March 30, 2026.

9. At that hearing, the Debtor failed to appear.

10. On March 30, 2026, the Debtor filed a Motion to Dismiss her Chapter 7 case.

11. In her Motion, the Debtor states that the reason she would like her bankruptcy case dismissed is because she needs to amend her 2023 tax returns because it "contains errors that require formal amendment through the filing of an IRS form."

12. The continuation of the Debtor's bankruptcy case does not hinder the Debtor from amending her tax return.

13. The Trustee requests that the Debtor's Motion be denied because the Debtor has failed to meet the criteria of 11 U.S.C. §707(a) by failing to show adequate cause for dismissal. See 11 U.S.C. §707(a) and *In re Blazer*, LexisNexis 0118-024 (Bankr. N.D. Ohio Dec 1, 2017)(court denied debtor's motion to dismiss case as it would be prejudicial to creditors). See also *In re Stephenson*, 262 B.R. 871, 874 (Bankr. W.D. Okla. 2001)(court refused to debtor's request to dismiss case when trustee sought turnover of tax refunds); *McGann v. Jagow (In re McGann)*, BAP No. CO-24-4 (BAP 10th Cir. Feb. 14, 2025)( Appellate panel affirmed bankruptcy court decision to deny debtor's motion to dismiss case under the totality of the circumstances, including prejudice to creditors, priority creditor and administrative expense claims).

14. At the §341 hearing, the Debtor admitted under oath to paying her parents in excess of $10,000 from her tax refunds. The Trustee believes that she has a claim in which to pursue to pay creditors.

15. The Trustee also asserts that the Debtor would like to dismiss this case because the Trustee discovered that the Debtor's 2023 may contain false or misleading information.

16. The Debtor's request for time to amend her 2023 income tax return is not adequate cause for dismissal of her bankruptcy case pursuant to 11 U.S.C. §707(a) and the Trustee requests that the Debtor's Motion to Dismiss be denied.

Respectfully submitted,

Dated: April 6, 2026

/s/ Collene K. Corcoran
Collene K. Corcoran
Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

In re:                                    Case No. 25-32768-jda
                                          Chapter 7
CATERA SHEPARD,                           Hon. Joel D. Applebaum

   Debtor.

_____/

**PROOF OF SERVICE**

Collene K. Corcoran, hereby certifies that on April 6, 2026, she electronically filed the *Trustee's Objection to Motion to Dismiss Case* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
Randel.Paul@usdoj.gov


And I hereby certify that on April 6, 2026, I served a copy of the *Trustee's Objection to the Motion to Dismiss Case* on the following parties, via first class US mail, postage prepaid:

Catera Shepard
G3100 Miller Road, Apt 7B
Flint, MI  48507


                              Respectfully submitted,

                              /s/ Collene K. Corcoran
                              Collene K. Corcoran
                              Chapter 7 Trustee
                              PO Box 535
                              Oxford, MI  48371
                              (248) 969-9300
                              trusteecorcoran@gmail.com