**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |
|---|---|
| **Case No.:** | 25-32768-JDA |
| **Case Name:** | SHEPARD, CATERA |
| **For the Period Ending:** | 5/5/2026 |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Date Filed (f) or Converted (c):** | 12/23/2025 (f) |
| **§341(a) Meeting Date:** | 01/20/2026 |
| **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2022 Dodge Charger, Approximate mileage 95,000 | $24,000.00 | Unknown | | $0.00 | Unknown |
| 2  furniture | $3,800.00 | $0.00 | | $0.00 | FA |
| 3  TV, cell phone | $500.00 | $0.00 | | $0.00 | FA |
| 4  everday clothes | $200.00 | $0.00 | | $0.00 | FA |
| 5  2025 tax refunds                          (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| $28,500.00 | $0.00 | | $0.00 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

05/05/2026    1/7/26 Case dismissed by Court for Debtor's failure to file bankruptcy schedules.  1/12/26 Debtor filed Motion to Reopen Case.  1/13/26 Order entered reopening case.  Trustee investigating validity of tax returns and potential preference/fraudulent conveyance action. 3/30/26 Debtor's Motion to Dismiss Case, Trustee objected.  Hearing held on 4/22/26, Motion withdrawn.

**Initial Projected Date Of Final Report (TFR):**    05/05/2028          **Current Projected Date Of Final Report (TFR):**    05/05/2028

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN